1  TIMOTHY COURCHAINE
   United States Attorney
2  District of Arizona
   JOSEPH G. RIEU
3  Special Assistant U.S. Attorney
   United States Courthouse
4  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
5  Telephone: 520-620-7300
   Attorneys for Plaintiff          CR-25-01913-TUC-MSA
6

7              IN THE UNITED STATES DISTRICT COURT

8                 FOR THE DISTRICT OF ARIZONA

9  United States of America,        25-01904MJ-1
                                    CR
10           Plaintiff,
                                    **INFORMATION**
11
     vs.                            Violations:
12
     Misael Gomez Mateo-Anselmo,    8 U.S.C. § 1326(a)
13                                  (Reentry of Removed Alien)
             Defendant.
14                                  Count 1

15                                  8 U.S.C. § 1325(a)
                                    (Improper Entry by Alien)
16                                  (Petty Misdemeanor)
                                    Count 2
17

18  THE UNITED STATES ATTORNEY CHARGES:

19                        **COUNT 1**

20       On or about April 8, 2025, in the District of Arizona, to wit: at or near Sasabe,

21  Arizona, Misael Gomez Mateo-Anselmo, an alien, attempted to enter and was found in the

22  United States of America after having been denied admission, excluded, deported, and

23  removed therefrom at or near Tucson, Arizona, on or about December 11, 2024, and not

24  having obtained the express consent of the Attorney General or the Secretary of the

25  Department of Homeland Security to reapply for admission thereto; in violation of Title 8,

26  United States Code, Section 1326(a).

27  ///

28

## COUNT 2

On or about March 28, 2025, at or near Sasabe, in the District of Arizona, Misael Gomez Mateo-Anselmo, an alien, attempted to enter the United States of America from the Republic of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America; in violation of Title 8, United States Code, Section 1325(a)(1).

April 9, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*[signature]*

JOSEPH G. RIEU
Special Assistant U.S. Attorney